# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 15-346

TAMMY DUBOIS, ET UX

VERSUS

GORDON ARMSTRONG, ET AL.

**Consolidated With 15-345**

TOMMY DUBOIS, ET UX

VERSUS

GORDON ARMSTRONG, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NOS. 74,090 & 74,089, DIVISION C
HONORABLE JAMES RICHARD MITCHELL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

**AFFIRMED.**

Robert A. Mahtook, Jr.
Mahtook & LaFleur, L.l.C.
P. O. Box 3605
Lafayette, LA 70502-3605
Telephone:  (337) 266-2189
COUNSEL FOR:
    Defendants/Appellees - Scottsdale Insurance Company and SMI Group, Inc.

**D. Patrick Daniel, Jr.**
**The Daniel Law Firm**
**P. O. Box 37369**
**Houston, TX 77237**
**Telephone:  (337) 232-7516**
**COUNSEL FOR:**
      **Plaintiffs/Appellants - Tommy Dubois and Tammy Dubois**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Tommy Dubois v. Gordon Armstrong, et al*, 15-345 (La.App. 3 Cir. __/__/__), ___ So.3d ___, the judgment of the trial court is affirmed in all respects. Costs are assessed to the plaintiff, Tammy Dubois.

**AFFIRMED.**